IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK CHAMIGA and DONNA WINCEK,<br>Plaintiffs,<br>v.<br>MIDWEST CAPITAL LEASING CORP., *et al.*<br>Defendants. | Case No. 06 C 6470<br><br>Honorable Judge John W. Darrah<br><br>Magistrate Judge Mason |

**Motion for Judgment and Fees**

Plaintiffs, by and through their attorneys, Aaron B. Maduff and Jason M. Johnson of Maduff & Maduff, LLC, pursuant to this Court's order of October 24, 2007, respectfully request entry of judgment in the following amounts:

1. For Jack Chamiga: $42,148.76.

2. For Donna Wincek: $5,382.00.

3. For attorney's fees and costs: $20,451.72.

WHEREFORE, Plaintiffs Jack Chamiga and Donna Wincek pray that this Honorable Court grant Plaintiffs' Specific Request for Judgment and Fees for the amounts stated herein.

Respectfully submitted,

Jack Chamiga

Donna Wincek

By:    /s Jason M. Johnson
           One of their attorneys

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK CHAMIGA and DONNA WINCEK, individually and on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST CAPITAL LEASING CORP. d/b/a Midwest Luxury & Imports of Bridgeview, LESTER BAFIA, President of MIDWEST CAPITAL LEASING CORP., and CASEY MUCHA, Vice President of MIDWEST CAPITAL LEASING CORP.,<br><br>Defendants. | Case No. 06 C 6470<br><br>Honorable Judge John W. Darrah<br><br>Magistrate Judge Mason |

To:
Burr Anderson
Anderson Law Offices
407 South Dearborn, Ste 1085
Chicago, Illinois 60605

## CERTIFICATE OF SERVICE

I, Jason M. Johnson, hereby certify that I served a copy of Plaintiffs' Motion for Judgment and Fees on Monday, November 5, 2007, via electronic filing.

/s/     Jason M. Johnson
Jason M. Johnson